**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BRIAN EDWARD MOORE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 25-4597 (UNA) |
| | ) |
| | ) |
| DIRECTOR, FEDERAL BUREAU OF PRISONS, | ) |
| | ) |
| Respondent. | ) |
| | ) |

**<u>MEMORANDUM OPINION</u>**

Petitioner is a D.C. Code offender who, at the time he filed his petition, was in the custody of the Federal Bureau of Prisons.  *See* Pet. (ECF No. 1) at 1.  Generally, Petitioner demands that BOP apply credits he has earned under the First Step Act in conjunction with D.C. Code § 24-403.01b and immediately release him from custody.  *See id*. at 1-2.  The Court GRANTS Petitioner's application for leave to proceed *in forma pauperis* (ECF No. 2) and DENIES the petition without prejudice for two reasons.  First, it appears that Petitioner already has been granted the relief he demands.  According to BOP Inmate Locator, as of February 27, 2026, Petitioner is no longer in BOP custody.  Second, it appears that Petitioner has raised the same issues, and lost, in a prior civil action.  *See Moore v. Warden, FCI Berlin*, No. 25-CV-110-LM-AJ, 2026 WL 739037 (D.N.H. Feb. 19, 2026) (concluding that Petitioner met neither "the requirement of a minimum or low recidivism risk for application of FSA credits for early release or placement on supervised release" nor "successfully completed a residential treatment program

offered by the BOP"), *report and recommendation approved sub nom. Moore v. FCI Berlin, Warden*, No. 25-CV-110-LM-AJ, 2026 WL 738121 (D.N.H. Mar. 16, 2026).

An Order is issued separately.


DATE: July 16, 2026                                RANDOLPH D. MOSS
                                                   United States District Judge